COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION FOR REHEARING

Appellate case name:     *East Houston Estate Apartments, L.L.C. v. Chase Bank of Texas, N.A.*

Appellate case number:   01-11-01074-CV

Trial court case number:   2007-58763B

Trial court:                        333rd District Court of Harris County, Texas

Appellant's motion for rehearing is **DENIED**.

It is so **ORDERED**.

Judge's signature: /s/ Harvey Brown_____
                              Acting for the Court

                    Panel consists of Justices Keyes, Massengale and Brown.

Date:         April 11, 2013_____